IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0155 & DA 20-0421

IN THE MATTER OF

C.L,

    A Youth.

## ORDER CONSOLIDATING CASES

    Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that the above cases be consolidated for the purposes of appeal under Cause No. DA 20-0155.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2021